

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-15-00619-CV

Style: Darrell J. Harper v. The State of Texas

Date motion filed*: December 8, 2015

Type of motions: Motion for Extension of Time to Amend Appellant's Brief

Parties filing motions: *Pro Se* Appellant

Document to be filed: Appellant's Amended Brief

Is appeal accelerated? No.

If motion to extend time:

Original due date: December 28, 2015

Number of extensions granted: 0     Current Due Date: December 28, 2015

Date Requested: N/A (no date requested)

Ordered that motion is:
- ☐ Granted
  - If document is to be filed, document due:
- ☑ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

On November 24, 2015, this Court's Order struck appellant's brief as premature and for noncompliance with Rule 38.1 and ordered appellant's amended brief to be filed within 30 days of that Order, or by December 28, 2015. *See* TEX. R. APP. P. 4.1(a), 38.1, 38.6(a)(1). Accordingly, appellant's *pro se* motion for an extension to amend appellant's brief, which does not request a specific extension period, is **denied without prejudice** to refiling an extension request that includes the length of the extension sought. *See id.* 10.5(b)(1)(B), 38.6(d). Appellant's amended brief that complies with Rule 38.1 remains due to be filed by December 28, 2015.

Judge's signature: /s/ Laura C. Higley _____
         ☑ Acting individually     ☐ Acting for the Court

Date: December 15, 2015 _____

November 7, 2008 Revision